1
2
3
4
5
UNITED STATES DISTRICT COURT
6
EASTERN DISTRICT OF CALIFORNIA
7

8  EDDIE HAMILTON,

9            Plaintiff,

10       v.

11  J. QUINONEZ, et al.,

12            Defendants.

13

14

15

16

17

| | CASE NO. 1:14-cv-1216-LJO-MJS (PC) |
|---|---|

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO:**

**1) DENY REQUEST FOR ENTRY OF DEFAULT**

**2)  GRANT IN PART AND DENY IN PART PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

**(ECF NO. 20)**

**CASE TO REMAIN OPEN**

18
19      Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil
20  rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 9.) The action
21  proceeds on Plaintiff's Eight Amendment failure to protect claim against Defendants
22  Quinonez and Lozano. (ECF Nos. 9 & 10.)
23      On March 17, 2017, the Magistrate Judge issued findings and recommendations
24  to deny Plaintiff's request for entry of default and to grant in part and deny in part
25  Plaintiff's motion to strike. (ECF No. 20.)  Neither Plaintiff nor Defendants have filed
26  objections.
27
28

Before this Court is Plaintiff's "Motion to Strike Defendant's [sic] Answer and Affirmative Defenses to Complaint." (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1.    The Court adopts the Findings and Recommendation filed on March 17, 2015 (ECF No. 20) in full; and

2.    The case is to remain open.

IT IS SO ORDERED.

Dated:    **April 8, 2015**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE