# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>J. QUINONEZ, et al.,<br><br>    Defendants. | **Case No. 1:14-cv-01216-LJO-MJS (PC)**<br><br>**ORDER SETTING DISPOSITIVE MOTIONS DEADLINE OF DECEMBER 15, 2016** |

    Plaintiff, a state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, proceeds pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's first amended complaint against Defendants J. Quinonez and E. Lozano on Plaintiff's Eighth Amendment failure to protect claim. (ECF No. 9.)

    Pursuant to the Court's Discovery and Scheduling Order, the original deadline to file dispositive motions in this case was December 3, 2015. (ECF No. 15.) On motion by Defendants, that deadline was extended to July 15, 2016. (ECF No. 35.)

    On September 20, 2016, the Court issued an order granting in part and denying in part Defendants' second motion to compel discovery. (ECF No. 40.) Therein, the Court ordered Defendants to file further motions to compel, if any, within fourteen days. Id. The Court also granted Defendants' request to stay the dispositive motion deadline

pending the resolution of the outstanding discovery issues. Fed. R. Civ. P. 16(b)(4); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (a court may modifying its scheduling order upon a showing of good cause).

Since the fourteen-day deadline to file a motion to compel has passed without any motion having been filed, it appears outstanding discovery disputes have been resolved.

Accordingly, the Court sets a **December 15, 2016** deadline for filing dispositive motions. No extensions of time will be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated: October 31, 2016                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE