UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| EDDIE HAMILTON, | Case No. 1:14-cv-01216-LJO-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER RESETTING DISPOSITIVE MOTIONS DEADLINE TO FEBRUARY 28, 2017** |
| v. | |
| J. QUINONEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, proceeds pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's first amended complaint against Defendants J. Quinonez and E. Lozano on Plaintiff's Eighth Amendment failure to protect claim. (ECF No. 9.)

The current deadline for filing dispositive motions is December 15, 2016. (ECF No. 42.) However, at the request of the parties, the Court set a settlement conference before Magistrate Judge Stanley A. Boone for February 7, 2017. In the interest of conserving both the parties' and the Court's resources, the Court will extend the dispositive motion deadline to February 28, 2017.

Accordingly, the Court sets a **February 28, 2017** deadline for filing dispositive motions.

IT IS SO ORDERED.

Dated:   November 28, 2016         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
<u>6</u>
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28