# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>  Plaintiff,<br><br>  v<br><br>J. QUINONEZ, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01216-LJO-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on August 4, 2014. On February 7, 2017, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **September 19, 2017**

UNITED STATES MAGISTRATE JUDGE

1