# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HAMILTON,<br><br>    Plaintiff,<br><br>v<br><br>J. QUINONEZ, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01216-LJO-MJS<br><br>ORDER VACATING SEPTEMBER 19, 2017 ORDER REQUIRING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 54) |

Due to an administrative error, on September 19, 2017, an order issued requiring the parties to file dispositional documents in this closed action. Accordingly, the September 19, 2017 order is HEREBY VACATED.

IT IS SO ORDERED.

Dated: __September 26, 2017__

                                                     UNITED STATES MAGISTRATE JUDGE